IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JOHN HENRY RAMIREZ, § | |
| *Plaintiff*, § | |
| § | CIVIL ACTION NO. 2:21-cv-167 |
| v. § | *DEATH PENALTY CASE* |
| § | |
| BRYAN COLLIER, et al., § | |
| *Defendants*. § | |

## DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE SURREPLY

Plaintiff John Henry Ramirez is a Texas death row inmate who is currently scheduled to be executed after 6:00 p.m. (CDT) on September 8, 2021. Ramirez has moved to stay his execution, Docket Entry (DE) 11, Defendants opposed, DE 13, and Ramirez replied, DE 14. Simultaneous with this motion, Defendants are moving for leave to file a surreply to address arguments Plaintiff raised for the first time in his second amended petition and reply. *See* DE 12; DE 14.

## CONCLUSION

Accordingly, Defendants request the Court's leave to file a surreply.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

1

JOSH RENO
Deputy Attorney General
For Criminal Justice

EDWARD L. MARSHALL
Chief, Criminal Appeals Division

s/ Jennifer Wren Morris
JENNIFER WREN MORRIS
Assistant Attorney General
State Bar No. 24088680
Southern District No. 2237541

P.O. Box 12548, Capitol Station
Austin, Texas 78711
Tel.: (512) 936-1400
Fax: (512) 320-8132
email: jennifer.wren@oag.texas.gov

*Counsel for Defendants*

## CERTIFICATE OF CONFERENCE

I hereby certify that I contacted counsel for Plaintiff, Seth Kretzer, and he stated he is not opposed to this motion.

s/ Jennifer Wren Morris
JENNIFER WREN MORRIS
Assistant Attorney General

## CERTIFICATE OF SERVICE

I do herby certify that on August 30, 2021, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Southern District of Texas, using the electronic case-filing system of the Court. The electronic case-filing system sent a "Notice of Electronic Filing" (NEF) to the following counsel of record, who consented in writing to accept the NEF as service of this document by electronic means:

Seth Kretzer
9119 South Gessner, Ste. 105
Houston, TX 77054
seth@kretzerfirm.com

                                               s/ Jennifer Wren Morris
                                               JENNIFER WREN MORRIS
                                               Assistant Attorney General